Daniel P. Dalton - *Pro Hac Vice*
Lead Counsel for Plaintiff
*DALTON & TOMICH, PLC*
The Chrysler House
719 Griswold St., Ste. 270
Detroit, MI 48226
Tel: 313.859.6000
Fax: 313.859.8888
Email: ddalton@daltontomich.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| GREEN EDUCATION FOUNDATION, a California Nonprofit Corporation,<br><br>        Plaintiff,<br>v.<br><br>CITY OF HEMET, a California Municipal Corporation,<br><br>        Defendant. | Case No. 5:16-cv-01907-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE CASE WITH PREJUDICE AND WITHOUT COST**<br><br>Judge: Hon. Jesus G. Bernal<br>Courtroom: Riverside Courtroom |

**Order Granting Stipulation to Dismiss**

After considering the joint stipulation to dismiss the above captioned matter, and declaration in support, the Court recognizes the Parties' desire to have this case dismissed with prejudice and without cost to either party. Therefore, based on the stipulation of the Parties that:

    1.    The above-captioned action is dismissed with prejudice.

    2.    The Parties waive any right to recover costs.

3. All pending motions are withdrawn.

The Court hereby GRANTS the Stipulation to dismiss this case with prejudice and without cost to either party. This is the Final Order and all pending motions are withdrawn.

Signed on May 30, 2017

United States District Court